# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2007

Clifford W. Taylor,
Chief Justice

133626
133627

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

TRENDA JONES, Successor
Personal Representative of the
Estate of Jamar Cortez Jones,
Deceased,

      Plaintiff-Appellant,

and

BOOKER T. JONES and
MARGARET A. JONES,
Co-Personal Representatives
of the Estate of Jamar Cortez
Jones, Deceased,

      Plaintiffs,

v

DETROIT MEDICAL CENTER
SINAI GRACE HOSPITAL,
DANNY F. WATSON, M.D., and
WILLIAM M. LEUCHTER, P.C.,

      Defendants-Appellees.

SC: 133626, 133627
COA: 262343, 262347
Wayne CC: 03-327528-NH

_____/

On order of the Court, the application for leave to appeal the January 4, 2007 judgment of the Court of Appeals is considered, and it appearing to this Court that the case of *Mullins v St Joseph Mercy Hosp* (Docket No. 131879) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2007

_____
Clerk

l0917